

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PETERSON, GOLDMAN & VILLANI, INC. | § | |
| Appellant, | § | No. 08-12-00135-CV |
| v. | § | Appeal from the |
| ANCOR HOLDINGS, L.P. TIMOTHY MCKIBBEN, JOSEPH RANDALL KEENE, AND ANCOR CAPITAL PARTNERS, INC., | § | 141st Judicial District Court |
| | § | of Tarrant County, Texas |
| | § | (TC#141-23625709-09) |
| Appellees. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the part of the summary judgment holding in favor of Appellees on Appellant's declaratory-judgment and contractual claims. We therefore reverse that part of the judgment and remand to the trial court for further proceedings consistent with this Court's opinion. In all other respects, the trial court's judgment is affirmed.

We further order that Appellant, and its sureties, if any, *see* TEX.R.APP.P. 43.5, and Appellees each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.